**DENY and Opinion Filed September 26th, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00856-CV**

**IN RE TIFFANY LENELLE STYLES, Relator**

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-56271-2014**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Nowell

In this original proceeding, relator seeks a writ of mandamus compelling the trial court to vacate its temporary orders giving real party in interest the exclusive right to determine Daughter's primary residence. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition and the record before us, we conclude that relator has failed to demonstrate that the trial court abused its discretion. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having denied

the petition, we deny relator's motion for emergency relief as moot.

220856f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE